IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TROY ANDERSON, 88126; | 8:21CV34 |
| Plaintiff, | |
| vs. | ORDER |
| NEBRASKA DEPT OF CORRECTIONAL, | |
| Defendant. | |

IT IS ORDERED:

1. Plaintiff's motion for extension of time (filing 10) is granted. Plaintiff shall have until April 15, 2021, to pay the initial partial filing fee of $10.04.

2. The clerk of the court is directed to term the "show cause" deadline and to set a new pro se case management deadline that reads: April 15, 2021 – initial partial filing fee payment due.

Dated this 2nd day of April, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge