IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TROY ANDERSON, 88126;<br><br>Plaintiff,<br><br>vs.<br><br>NEBRASKA DEPT OF CORRECTIONAL,<br><br>Defendant. | 8:21CV34<br><br>**ORDER** |

IT IS ORDERED that Plaintiff's motion for extension of time (Filing 15) is granted in part, and denied in part, as follows:

1. Plaintiff shall have an additional 60 days, until August 20, 2021, to file an amended complaint in accordance with the court's Memorandum and Order of May 21, 2021 (Filing 14).

2. The Clerk of the Court shall reset the pro se case management deadline accordingly.

3. Plaintiff's request for a 90-day extension in his refiled motion is denied.

Dated this 7th day of July 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge